AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01075-SEG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frontier Airlines

was received by me on *(date)* 03/21/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Beth Winterhaulter, agent Corporation Service Comp., who is designated by law to accept service of process on behalf of *(name of organization)* Frontier Airlines @ 2 Sun Court, Ste 400, Norcross, GA 30092 @12:31pm  on *(date)* 03/24/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/25/2025

*Server's signature*

Danny Davidson, Process Server
*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Road
Atlanta, GA 30342

*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action, Plaintiff's First Amended Complaint for Damages, and Civil Cover Sheet