AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01075-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  G.A.T. Airline Ground Support, Inc.

was received by me on *(date)*  03/21/2025  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Beth Winterhaulter, agent Corporation Service Comp.  , who is

designated by law to accept service of process on behalf of *(name of organization)*  G.A.T. Airline Ground Support,

Inc. @ 2 Sun Court, Ste 400, Norcross, GA 30092 @12:31p  on *(date)*  03/24/2025  ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/25/2025

_____
*Server's signature*

Danny Davidson, Process Server
*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Road
Atlanta, GA 30342

_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action, Plaintiff's First Amended Complaint for Damages, and Civil Cover Sheet