IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JABARI MATHIEU,** | § § | |
| Plaintiff, | § § | |
| v. | § § § | CASE NO. 1:25-cv-01075-SEG |
| **FRONTIER AIRLINES INC., G.A.T. AIRLINE GROUND SUPPORT, INC., BAGS INC., ABC CORPORATIONS 1-3, AND JOHN DOES 1-3,** | § § § § § § § | |
| Defendants. | § | |

**DEFENDANT FRONTIER AIRLINES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia and Rule 7.1 of the Federal Rules of Civil Procedure, defendant Frontier Airlines, Inc. files its Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**The parties are plaintiff Jabari Mathieu and defendants Frontier Airlines, Inc., G.A.T. Airlines Ground Support, Inc., Bags, Inc., ABC Corporations 1-3, and John Does 1-3**

**Frontier Airlines, Inc. states that its parent corporation is Frontier Airlines Holdings, Inc. which, in turn, is wholly-owned by Frontier Group Holdings, Inc. (a publicly traded entity).**

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: **none.**

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| **For Plaintiff:** | Kristina Ducos<br>The Ducos Law Firm, LLC<br>600 Peachtree Street NE, Suite 2210<br>Atlanta, Georgia 30308<br>kristina@ducoslaw.com |
|---|---|

| **For Defendant Frontier Airlines, Inc.** | Arthur J. Park<br>Carley N. Rampy<br>MOZLEY, FINLAYSON & LOGGINS LLP<br>1050 Crown Pointe Parkway<br>Suite 1500<br>Atlanta, Georgia  30338<br>apark@mfllaw.com<br>crampy@mfllaw.com |
|---|---|
| **For Defendant G.A.T. Airline Ground Support, Inc.:** | TBD |
| **For Defendant Bags Inc.:** | TBD |

(4)   For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the undersigned further certifies the citizenship of every individual or entity whose citizenship is attributed to the party on whose behalf the certificate is filed: **not applicable.**

Respectfully submitted this 14th day of April, 2025.

/s/ Arthur J. Park
Arthur J. Park
Georgia Bar No. 227992
Carley N. Rampy
Georgia Bar No. 759192
*Counsel for Defendant Frontier Airlines, Inc.*

MOZLEY, FINLAYSON & LOGGINS, LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA  30338
Telephone: 404-256-0700

Facsimile: 404-250-9355
apark@mfllaw.com
crampy@mfllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing ***DEFENDANT FRONTIER AIRLINES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** using the Court's CM/ECF System, which will automatically send a copy of same to the following counsel of record:

Kristina Ducos
The Ducos Law Firm, LLC
600 Peachtree Street NE, Suite 2210
Atlanta, Georgia 30308
kristina@ducoslaw.com
*Counsel for Plaintiff*

I further certify that, pursuant to Rule 5.1(C) of the Local Rules of the United States District Court for the Northern District of Georgia, I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 14th day of April, 2025.

        */s/ Arthur J. Park*
        Arthur J. Park