# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JABARI MATHIEU,<br><br>        Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC, G.A.T. AIRLINE GROUND SUPPORT, INC., BAGGAGE AIRLINE GUEST SERVICES LLC., ABC CORPORATIONS 1-3 AND JOHN DOES 1-3,<br><br>        Defendants. | CIVIL ACTION FILE NO. 1:25-CV-01075-SEG |

## DEFENDANT BAGGAGE AIRLINE GUEST SERVICES, LLC'S DEMAND FOR TWELVE PERSON JURY

Defendant BAGGAGE AIRLINE GUEST SERVICES, LLC, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure, Rule 38, and hereby demands a trial by jury of twelve persons.

Respectfully submitted this 14th day of April, 2025.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-7445<br>Facsimile:    (404) 870-1030 | /s/ *Sean T. Herald*<br>Matthew G. Moffett<br>Georgia State Bar No.: 515323<br>Sean T. Herald<br>Georgia State Bar No.: 246729<br>Morgan B. Schroeder<br>Georgia State Bar No.: 186218 |

| | | |
|---|---|---|
| E-Mail: | mmoffett@grsmb.com<br>sherald@grsmb.com<br>mschroeder@grsmb.com | *Attorneys for Defendant Baggage*<br>*Airline Guest Services, LLC* |

Case 1:25-cv-01075-SEG   Document 12   Filed 04/14/25   Page 2 of 3

# CERTIFICATE OF SERVICE

This is to certify that on this date, the undersigned filed a true and correct copy of **DEFENDANT BAGGAGE AIRLINE GUEST SERVICES, LLC'S DEMAND FOR TWELVE PERSON JURY** with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Kristina J. Ducos
The Ducos Law Firm, LLC
600 Peachtree Street NE, Suite 2210
Atlanta, GA 30308
Kristina@ducoslaw.com

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Dated this 14th day of <u>April</u>, 2025.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sean T. Herald* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sean T. Herald |
| Telephone: (404) 870-7445 | Georgia State Bar No.: 246729 |
| Facsimile: (404) 870-1030 | Morgan B. Schroeder |
| E-Mail: mmoffett@grsmb.com | Georgia State Bar No.: 186218 |
| sherald@grsmb.com | *Attorneys for Defendant Baggage* |
| mschroeder@grsmb.com | *Airline Guest Services, LLC* |