# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JABARI MATHIEU,<br><br>　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC, G.A.T. AIRLINE GROUND SUPPORT, INC., BAGGAGE AIRLINE GUEST SERVICES LLC., ABC CORPORATIONS 1-3 AND JOHN DOES 1-3,<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO.  1:25-CV-01075-SEG |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 3.3 of the Local Rules of the United State District Court for the Northern District of Georgia and Federal Rules of Civil Procedure, Rule 7.1, Defendant Baggage Airline Guest Services LLC ("Defendant" or "BAG"), files its Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

  **(a) Jabari Mathieu, Plaintiff**

  **(b) Frontier Airlines, Inc., Defendant**

  **(c) G.A.T. Airline Ground Support, Inc., Defendant**

  **(d) Baggage Airline Guest Services, LLC, Defendant**

**Defendant Baggage Airline Guest Services, LLC states it is a privately held limited liability company, and that no publicly held company owns 10% or more of the stock of Baggage Airline Guest Services, LLC.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  **(a) Kristina Ducos, Esq.**

  **(b) The Ducos Law Firm, LLC**

  **(c) Allexander Shunnarah Trial Attorneys.**

  **(d) Any other individual or entity with a financial interest in the outcome of the trial.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  **Kristina J. Ducos**
  **The Ducos Law Firm, LLC**
  **600 Peachtree Street NE**

**Suite 2210**
**Atlanta, GA 30308**
*Attorney for Plaintiff Jabari Mathieu*

**Arthur J. Park**
**Carley N. Rampy**
**Mozley, Finlayson & Loggins, LLP**
**1050 Crown Pointe Parkway**
**Suite 1500**
**Atlanta, GA 30338**
*Attorneys for Defendant Frontier Airlines, Inc.*

**Matthew G. Moffett**
**Sean T. Herald**
**Morgan B. Schroeder**
**Gray, Rust, St. Amand, Moffett, Brieske L.L.P.**
**950 East Paces Ferry Road, N.E.**
**Suite 1700 – Salesforce Tower Atlanta**
**Atlanta, Georgia 30326**
*Attorneys for Baggage Airline Guest Services, LLC*

*Currently Unknown Attorneys for G.A.T. Airline Ground Support, Inc.*

Respectfully submitted this 14th day of April, 2025.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sean T. Herald* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sean T. Herald |
| Telephone: (404) 870-7445 | Georgia State Bar No.: 246729 |
| Facsimile: (404) 870-1030 | Morgan B. Schroeder |
| E-Mail: mmoffett@grsmb.com | Georgia State Bar No.: 186218 |
| sherald@grsmb.com | *Attorneys for Defendant Baggage* |
| mschroeder@grsmb.com | *Airline Guest Services, LLC* |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, the undersigned filed the foregoing with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

| | |
|---|---|
| **Kristina J. Ducos** | **Arthur J. Park** |
| **The Ducos Law Firm, LLC** | **Carley N. Rampy** |
| **600 Peachtree Street NE, Suite 2210** | **Mozley, Finlayson & Loggins, LLP** |
| **Atlanta, GA 30308** | **1050 Crown Pointe Parkway, Suite 1500** |
| Kristina@ducoslaw.com | **Atlanta, GA 30338** |
| | apark@mfllaw.com |
| | crampy@mfllaw.com |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Dated this 14th day of April, 2025.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | */s/ Sean T. Herald* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sean T. Herald |
| Telephone: (404) 870-7445 | Georgia State Bar No.: 246729 |
| Facsimile: (404) 870-1030 | Morgan B. Schroeder |
| E-Mail: mmoffett@grsmb.com | Georgia State Bar No.: 186218 |
| sherald@grsmb.com | *Attorneys for Defendant Baggage* |
| mschroeder@grsmb.com | *Airline Guest Services, LLC* |